NO. 14-04122-211

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| SUNEETHA N. MALLELA | § | |
| AND | § | |
| HARI KRISHNA MALLELA | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| A.P.M. AND A.S.M., CHILDREN | § | DENTON COUNTY, TEXAS |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/15/2015 8:48:28 AM
DEBRA SPISAK
Clerk

442ND JUDICIAL DISTRICT

### Findings of Fact and Conclusions of Law

The Court makes and files the following as original Findings of Fact and Conclusions of Law in accordance with rules 296 and 297 of the Texas Rules of Civil Procedure and section 154.130 of the Texas Family Code.

*Findings of Fact - Enforcement*

1.      April 10, 2015 the Court entered a Final Decree of Divorce in this matter.

2.      On June 24, 2015, the property located at 1701 Meadow Vista Drive, Flower Mound, Texas was sold for $322,500.00.

3.      The net proceeds from the sale of the property at 1701 Meadow Vista Drive, Flower Mound, Texas was $211,972.16.

4.      On August 17, 2015, $211,972.16 was on deposit in the Court's registry under Cause No. 14-04122-211.

5.      Suneetha Mallela incurred $9,791.70 in approved expenses for the repair of the property located 1701 Meadow Vista Drive, Flower Mound, Texas.

6.      Suneetha Mallela incurred reasonable and necessary attorney's fees in the enforcement in the amount of $8,756.90.

7.      After October 16, 2014 through the date of the sale of the property at 1701 Meadow Vista Drive, Flower Mound, Texas, Suneetha Mallela made payments of $1,166.23 on the Line of

Credit.

8. After October 16, 2014 through the date of the sale of the property at 1701 Meadow Vista Drive, Flower Mound, Texas, Suneetha Mallela made payments which resulted in a principle reduction of $9,117.97.

9. Hari Krishna Mallela failed to take all necessary steps to remove Petitioner's legal association with Siritech, LLC, including preparing or causing to be prepared all documents necessary to terminate Suneetha Mallela's legal relationship with Siritech, LLC within 20 days of the entry of the Final Decree of Divorce. ("Violation 1")

10. Hari Krishna Mallela failed to take all necessary steps to transfer the ownership interest in the Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal into Wife's name within 60 days of the entry of the Final Decree of Divorce on the property. ("Violation 2")

11. Hari Krishna Mallela failed to deliver to Suneetha Mallela all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to wife on the property located at Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal. ("Violation 3")

12. Hari Krishna Mallela failed to take all necessary steps to transfer the ownership interest in this property to Suneetha Mallela's name within 60 days of the entry of the Final Decree of Divorce on the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India. ("Violation 4")

13. Hari Krishna Mallela failed to deliver all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to wife on the property located at .5 Acres Survey No. 282/2 Ganguru Village,

Kankipadu Mandal, Krishna Dis Andhra Pradesh India. ("Violation 5")

14. Hari Krishna Mallela failed to cause the payment of the 50% of the approximate $33,000.00 ($16,500.00) to Suneetha N. Mallela within thirty (30) days of the entry of the Final Decree of Divorce. The funds were due to Suneetha N. Mallela on or before May 10, 2015 and were not paid. ("Violation 6")

15. Hari Krishna Mallela failed to deliver the funds totaling $39,413.00 to Movant, Suneetha N. Mallela, within ten (10) days of the entry of the Final Decree of Divorce. The funds were due to Suneetha N. Mallela on or before April 20, 2015 and were not delivered. ("Violation 7")

16. Hari Krishna Mallela failed to pay $5,000.00 by cashier's check or other certified funds to Chad D. Elsey, Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas within ten (10) days of the entry of the Final Decree of Divorce. The payment of $5,000.00 to Chad D. Elsey was due and owing on or before April 20, 2015 and not paid. ("Violation 9")

17. Hari Krishna Mallela failed to timely pay 50% of the 2014 property tax directly to the taxing authority on the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022. The 2014 property tax payment was due to the taxing authority on or before January 31, 2015. The 2014 property tax for the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022 was $5,713.87 and was paid in full by Suneetha N. Mallela. ("Violation 10")

18. Hari Krishna Mallela failed to timely pay 50% of the 2014 and 2015 homeowner's association dues on the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022. The dues were ordered to be paid directly to the homeowner's association. The 2014 homeowner's association dues in the amount of $465.00 were due to the on or before January 1, 2014 and the 2015 homeowner's associate dues in the amount of $465.00 were due on or before January 1, 2015. The 2014 and 2015 homeowner's association dues for the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022 were $930.00 and were paid in full by Suneetha N. Mallela.

("Violation 11")

*Conclusions of Law – Enforcement*

19.     Hari Krishna Mallela is guilty of contempt for failing to take all necessary steps to remove Petitioner's legal association with Siritech, LLC, including preparing or causing to be prepared all documents necessary to terminate Suneetha Mallela's legal relationship with Siritech, LLC within 20 days of the entry of the Final Decree of Divorce.

20.     Hari Krishna Mallela is guilty of contempt for failing to take all necessary steps to transfer the ownership interest in the Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal into Wife's name within 60 days of the entry of the Final Decree of Divorce on the property.

21.     Hari Krishna Mallela is guilty of contempt for failing to deliver to Suneetha Mallela all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to wife on the property located at Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal.

22.     Hari Krishna Mallela is guilty of contempt for failing to take all necessary steps to transfer the ownership interest in this property to Suneetha Mallela's name within 60 days of the entry of the Final Decree of Divorce on the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India.

23.     Hari Krishna Mallela is guilty of contempt for failing to deliver all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to wife on the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India.

24.     Hari Krishna Mallela is guilty of contempt for failing to cause the payment of the

50% of the approximate $33,000.00 ($16,500.00) to Suneetha N. Mallela within thirty (30) days of the entry of the Final Decree of Divorce. The funds were due to Suneetha N. Mallela on or before May 10, 2015 and were not paid. As a result of this violation, Hari Krishna Mallela shall pay to Suneetha N. Mallela $16,500.00 from Hari Krishna Mallela's portion of the funds on deposit in the Court's registry.

25. Hari Krishna Mallela is guilty of contempt for failing to deliver the funds totaling $39,413.00 to Movant, Suneetha N. Mallela, within ten (10) days of the entry of the Final Decree of Divorce. The funds were due to Suneetha N. Mallela on or before April 20, 2015 and were not delivered. These funds should be paid from Hari Krishna Mallela's portion of the funds on deposit in the Court's registry. As a result of this violation, Hari Krishna Mallela shall pay to Suneetha N. Mallela $39,413.00 from Hari Krishna Mallela's portion of the funds on deposit in the Court's registry.

26. Hari Krishna Mallela failed to comply with the terms of the Final Decree of Divorce by failing pay $5,000.00 by cashier's check or other certified funds to Chad D. Elsey, Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas within ten (10) days of the entry of the Final Decree of Divorce. The payment of $5,000.00 to Chad D. Elsey was due and owing on or before April 20, 2015 and not paid. As a result of this violation, Hari Krishna Mallela shall pay to Suneetha N. Mallela $5,000.00 from Hari Krishna Mallela's portion of the funds on deposit in the Court's registry.

27. Hari Krishna Mallela failed to comply with the terms of the Final Decree of Divorce by failing to timely pay 50% of the 2014 property tax directly to the taxing authority on the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022. The 2014 property tax payment was due to the taxing authority on or before January 31, 2015. The 2014 property tax for the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022 was $5,713.87 and was

paid in full by Suneetha N. Mallela. As a result of this violation, Hari Krishna Mallela shall pay to Suneetha N. Mallela $2,856.94 from Hari Krishna Mallela's portion of the funds on deposit in the Court's registry.

28. Hari Krishna Mallela failed to comply with the terms of the Final Decree of Divorce by failing to timely pay 50% of the 2014 and 2015 homeowner's association dues on the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022. As a result of this violation, Hari Krishna Mallela shall pay to Suneetha N. Mallela $465.00 from Hari Krishna Mallela's portion of the funds on deposit in the Court's registry.

*Conclusions of Law - Criminal Contempt Punishment*

29. Hari Krishna Mallela was punished for each of the following separate violations: Violation 1, Violation 2, Violation 3, Violation 4, Violation 5, Violation 6, and Violation 7 by confinement in the county jail of Denton County, Texas, for a period of thirty (30) days. The Court ORDERED that Hari Krishna Mallela be committed to the county jail of Denton County, Texas, for a period of thirty (30) days for each separate violation enumerated above and the Court ORDERED that each period of confinement assessed in this order shall run and be satisfied concurrently not to exceed a cumulative total of thirty (30) days.

*Conclusions of Law - Suspension and Probation of Commitment*

30. The Court ORDERED that Hari Krishna Mallela's commitment was suspended and probated for a period of six (6) months on the following terms and conditions:

Hari Krishna Mallela ordered to comply which each and every term of the Final Decree of Divorce entered in this matter on April 10, 2015.

Hari Krishna Mallela ordered to prepare and produce all documents necessary to remove and terminate Suneetha Mallela's association with Siritech, LLC and Hari Krishna Mallela IS ORDERED to deliver those documents to Elsey & Elsey, 3212 Long Prairie Rd.,

Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015

Hari Krishna Mallela ordered to prepare and produce all documents necessary to transfer the ownership interest to Suneetha Mallela in Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

Hari Krishna Mallela ordered to deliver all documents reasonably related to Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal, including the Pass Book, Original Property Documents and Link Documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

Hari Krishna Mallela ordered to prepare, produce and deliver all documents necessary to transfer the ownership interest to Suneetha Mallela to the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

Hari Krishna Mallela ordered to deliver all documents reasonably related to .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India, including the Pass Book, Original Property Documents and Link Documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

*Monies Paid From Registry Proceeds – Clarification and Payment*

31.    The proper distribution of the $211,972.16 held in the registry of the Court in accordance with the terms of the Final Decree of Divorce and in consideration of the funds

awarded to Suneetha Mallela are as follows:

  a.  Petitioner, Suneetha Mallela was awarded $199,892.97.

  b.  Respondent, Hari Krishna Mallela was awarded $12,080.19.

In addition to the payments owed as a result of violations outlined above herein, the proceeds paid to the Petitioner include reimbursement of the following expenses:

  a.  Attorney's fees of $8,756.90;

  b.  Principle reduction of $9,117.97;

  c.  Repairs of $9,791.70; and

  d.  Interest paid on the Line of Credit of $1,166.23.

SIGNED on    Nov. 12, 2015

          _____
          JUDGE PRESIDING